IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:03CR3150 |
| | ) | |
| v. | ) | |
| | ) | |
| ANGELO BENJAMIN YBARRA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion for review of detention. (Filing no. 87.) In that motion, the defendant requests a "public law placement."

I have conferred with counsel and I have explained to counsel that a "public law placement" requires a finding of a violation of supervised release. *See* 18 U.S.C. § 3583(d)&(e). Counsel for the defendant conceded that the defendant has violated his conditions of supervised release, and therefore requests a "public law placement" and counsel for the government had no objection. Accordingly,

IT IS ORDERED that:

1. The motion (filing no. 87) is granted as provided herein and otherwise denied.

2. The defendant shall execute an amendment to his conditions of supervised release, together with a waiver of hearing, requiring, as a result of his violation of supervised release, placement at Bristol Station under the community corrections component of the Bureau of Prisons. The proposed amendment and waiver shall be submitted to me for review and approval.

3. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

4. This order does not moot the pending petition for an offender under supervision. (Filing no. 53.)

DATED this 12th day of September, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge